*In re* LORSCH *et al.*

(*Circuit Court, S. D. New York. January 9, 1892.*)

CUSTOMS DUTIES—ACT OF MARCH 3, 1883—"SHOT-CHAINS."

So-called "shot-chains" of iron or steel, consisting of iron or steel balls fastened together with swivels or links, *held* not to be dutiable at 45 per cent. *ad valorem*, under paragraph 216 of Schedule C of the act of March 3, 1883, as an article composed wholly or in part of iron, steel, etc., but at 2½ cents per pound, under paragraph 171 of Schedule C of said act, under the description, "chains of all kinds, made of iron or steel," (according to their diameter.)

At Law. Appeal by importers from decision of the board of United States general appraisers under act of June 10, 1890.

Albert Lorsch & Co. imported per steamers Trave and Elbe, in August, 1890, certain so-called "shot-chains," which were returned by the

appraiser upon the invoice as manufactures or articles composed wholly or in part of iron, steel, etc., and duty thereon was accordingly assessed by the collector at the rate of 45 per cent. *ad valorem*, under the provisions of paragraph 216 of Schedule C of the tariff act of March 3, 1883. The importers duly protested, claiming that the said chains were dutiable at 2½ cents per pound only, under paragraph 171 of said schedule and act, under the phrase, "chains of all kinds, made of iron or steel." The board of United States general appraisers affirmed the decision of the collector, and an appeal was taken by the importers from the decision of said board to the United States circuit court. The merchandise consisted of small iron or steel balls fastened together with swivels or links. The board of appraisers found that said articles were not the ordinary chains of commerce. The return of the board of general appraisers was filed in the United States circuit court on May 15, 1891. Additional evidence was taken, under the provisions of the act of June 10, 1890, and pursuant to an order of the court, by which it appeared that the merchandise in suit was known to the trade and commerce as "shot-chains," and were bought and sold by that name; that they were used for key-chains, neck-chains, and the smaller size for chains for eye-glasses. Samples of the merchandise were produced in court.

*Edward Mitchell*, U. S. Atty., and *Henry C. Platt*, Asst. U. S. Atty., for the collector.

*Comstock & Brown*, for the importers.

WHEELER, District Judge. I think we shall have to call these "chains." The hollow balls are not beads, because beads are strung, while these make a link; and these little connections between them are links, and together they make a chain. The decision of the board of general appraisers is reversed.